**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 108.54.159.21
**Total Works Infringed:** 48  **ISP:** Verizon Fios

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 1C8DF431BA4F95863FE4DE7C7530C9327392C74E | Vixen | 01/10/2018 05:38:10 | 01/09/2018 | 01/18/2018 | PA0002070945 |
| 2 | 063D475F313E3A702124CD48EE5A7B6E7AF4CE2F | Vixen | 07/16/2017 17:19:29 | 07/13/2017 | 08/10/2017 | PA0002046873 |
| 3 | 067CFE7C1C04303F54C7F3DA3455AFA0A164D47F | Vixen | 10/08/2017 00:50:04 | 10/06/2017 | 10/22/2017 | 15918925981 |
| 4 | 0E978EDA2B9875C41DE1A80F8F1021E552DFE7B7 | Vixen | 11/01/2017 04:10:24 | 10/31/2017 | 11/15/2017 | 16016503266 |
| 5 | 184B8A194FF76CBEBE262D8E6707332BF680F61E | Vixen | 08/20/2017 23:49:39 | 08/17/2017 | 08/24/2017 | 15894022586 |
| 6 | 20D9D96EC51E722E398720C94562AED93B324743 | Vixen | 12/13/2017 06:05:38 | 12/10/2017 | 12/17/2017 | 16159649229 |
| 7 | 23DA1BC9FF6B6FE93283EA50886E10498C5BDBA2 | Vixen | 07/20/2017 02:45:44 | 07/18/2017 | 08/10/2017 | PA0002046875 |
| 8 | 29364C93B05152B666A2E17698A9F1711C4CC2DE | Blacked | 08/10/2017 14:52:46 | 08/03/2017 | 08/17/2017 | 15732904092 |
| 9 | 3104DD70B49C0C82A6D8652321DAEE7DEEAC9363 | Vixen | 08/01/2017 03:26:47 | 07/23/2017 | 08/10/2017 | PA0002046877 |
| 10 | 360CF572729CEB5E07FB70C3474B63D47FE52E02 | Vixen | 11/27/2017 06:18:35 | 11/25/2017 | 12/17/2017 | 16159428912 |
| 11 | 364E39C6F9613FC089487AA8FDD712A2D15B370F | Vixen | 11/27/2017 05:40:13 | 11/15/2017 | 11/21/2017 | 16013342550 |
| 12 | 36A99E47BEFDF9499523E47BFF0E0F41E1D2D5A4 | Vixen | 08/05/2017 03:40:19 | 08/02/2017 | 08/17/2017 | 15732903934 |
| 13 | 3B107E9816F1273DF1B40BE4511B956D958FE42F | Blacked | 12/13/2017 06:27:06 | 11/01/2017 | 11/15/2017 | 16013342262 |
| 14 | 454183F2D02E6F226C75CE2D6E15D1100B01881E | Blacked | 12/13/2017 06:12:59 | 12/11/2017 | 12/17/2017 | 16159650140 |
| 15 | 46CF740947E44307646E4A46758A12F3B109171D | Vixen | 10/11/2017 19:11:07 | 10/11/2017 | 10/22/2017 | 15918925932 |
| 16 | 48016B16B6D055494BA00A16739A711FD8182381 | Vixen | 09/10/2017 19:57:28 | 09/06/2017 | 09/14/2017 | PA0002052844 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 4CB998506766F8F138B2C5042D4A5355D70B229D | Blacked Ra | 12/13/2017 06:13:45 | 10/24/2017 | 11/15/2017 | 16016503680 |
| 18 | 55697CB956697E13BEAE560E8F2810AD5B8C6F73 | Vixen | 12/01/2017 06:35:13 | 11/30/2017 | 12/17/2017 | 16159649437 |
| 19 | 59B347A603ED2013ED5536874919AD43C55C4E42 | Vixen | 01/16/2018 02:28:22 | 01/14/2018 | 01/20/2018 | 16223964582 |
| 20 | 5E21C2EA70E552AFBB112D2989475BBAF130BA7A | Blacked | 12/13/2017 06:43:37 | 11/21/2017 | 01/04/2018 | PA0002069353 |
| 21 | 62CC3935B7FC860B01E6FE26EE9DD4F07D7722A7 | Vixen | 10/16/2017 23:13:51 | 10/16/2017 | 10/22/2017 | 15918925812 |
| 22 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/17/2017 11:43:05 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 23 | 76512F172796C66E22984D74A94BDDB60D19361B | Blacked | 12/13/2017 06:43:37 | 11/26/2017 | 01/04/2018 | PA0002069346 |
| 24 | 7961736EE22D5E7511C35C2629E5EB3F719442CE | Vixen | 09/12/2017 02:31:41 | 09/11/2017 | 09/20/2017 | PA0002052839 |
| 25 | 820DAA338EBA92FEDA63F639BBE546DB7DACCE4F | Vixen | 12/06/2017 21:51:03 | 12/05/2017 | 12/17/2017 | 16159649863 |
| 26 | 9F503728FA10F5484BB78234414D7A383ECA200B | Vixen | 08/08/2017 02:06:09 | 08/07/2017 | 08/17/2017 | 15732904013 |
| 27 | A3BC9D838B7FA867A5EBAFDBB7948FCBD7F70366 | Blacked | 12/13/2017 06:16:02 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 28 | A4A0EA2847B552F826C136AD23C634A6A29D5CC8 | Vixen | 10/02/2017 23:58:59 | 10/01/2017 | 10/10/2017 | 15894022684 |
| 29 | A9249CC4025326CE60DF2AEB5718ECEFA83314CB | Vixen | 08/27/2017 20:05:20 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 30 | AB242282CD98844CADDB8BFA91A2B30B607C478D | Tushy | 08/17/2017 05:51:37 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 31 | AFE953F2B8F4A712907C95D82DB5CFCC142305C1 | Blacked | 08/10/2017 14:52:23 | 08/08/2017 | 08/17/2017 | 15732904191 |
| 32 | BE21EAC5C14F880F861D8ADA91D7159374BF0EA7 | Vixen | 12/27/2017 14:46:43 | 12/20/2017 | 01/18/2018 | 16199943862 |
| 33 | C06166F868A6FC8E278BCA5F2198160E370F040E | Blacked | 09/17/2017 11:43:42 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 34 | C25C50C32E27E872924603E04FCDFB93A4A40C5F | Vixen | 11/11/2017 08:53:03 | 11/05/2017 | 11/15/2017 | 16016503631 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | CE84D82D405766A3DA0ABD39196168186D0D508C | Vixen | 09/27/2017 11:59:57 | 09/26/2017 | 10/10/2017 | 15894022782 |
| 36 | D3FAF71F358B37710684388E75AC476CF04945AF | Blacked | 01/12/2018 05:18:37 | 01/10/2018 | 01/18/2018 | PA0002070942 |
| 37 | D49AB801AEA42EDB09644460F82DFD2DC74791D7 | Vixen | 12/16/2017 22:54:49 | 12/15/2017 | 01/18/2018 | 16215970293 |
| 38 | D4CD15C2089D7B85183EF48A0449321CE6FAF158 | Vixen | 09/17/2017 02:14:41 | 09/16/2017 | 09/25/2017 | 15894022913 |
| 39 | D594136EC5455E21FA3A64E894F8468690BEE82C | Vixen | 08/24/2017 01:10:44 | 08/22/2017 | 09/07/2017 | PA0002052852 |
| 40 | E4703EF87787F8A810E51679095C9ADD77D8AD40 | Vixen | 11/27/2017 05:15:10 | 11/20/2017 | 01/04/2018 | PA0002069354 |
| 41 | E6B91A8362BE7505DA1DE620E20967A05E27AC71 | Vixen | 10/27/2017 03:23:24 | 10/26/2017 | 11/15/2017 | 16013255040 |
| 42 | E7680D7AE61D0328C528BC8846E81A1BBDB561B2 | Vixen | 08/01/2017 03:28:31 | 07/28/2017 | 08/10/2017 | PA0002046871 |
| 43 | E82F7260C9E35B84E482F4831434FEE0A5657420 | Blacked | 08/10/2017 14:56:28 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 44 | EAB7B112FD1CC182251AAFEC7965366C5FF5019B | Vixen | 10/22/2017 21:08:29 | 10/21/2017 | 11/15/2017 | 16016503512 |
| 45 | F093E55306EC1F28DC33FAAA46DE34E56C7E3631 | Vixen | 12/27/2017 14:55:18 | 12/25/2017 | 01/18/2018 | 16200019612 |
| 46 | F720B304969DC170E3D28F629E07F43B77747798 | Vixen | 11/11/2017 08:51:42 | 11/10/2017 | 11/21/2017 | 16013343018 |
| 47 | FD2F60A4980CF32CD2678C3F7967AFC1192FFF55 | Vixen | 09/10/2017 19:53:39 | 09/01/2017 | 09/07/2017 | PA0002052845 |
| 48 | FE02F2A21D11DA6DDD57334B205EE6AAC2A01263 | Vixen | 01/05/2018 07:55:34 | 01/04/2018 | 01/18/2018 | PA0002070947 |